David L. Neale (SBN 141224)
Beth Ann R. Young (SBN 143945)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234, Fax: (310) 229-1244
Attorneys for Madison Capital Funding LLC

Randall A. Lewis (IL Bar No. 6229704)
Erin M. Casey (IL Bar No. 6278374)
Goldberg Kohn LTD.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 201-4000
Facsimile: (312) 863-7474
Attorneys for Madison Capital Funding LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>HOME ORGANIZERS, INC., a Delaware corporation, HOME CLOSETS, INC., a California corporation, CBD FRANCHISING, INC., a California corporation, CLOSETS BY DESIGN, INC., a California corporation, CLOSET WORLD, INC., a Delaware corporation, CLOSET DIMENSIONS, INC., a California corporation, CBD LAS VEGAS LLC, a Nevada limited liability company, and CLOSET WORLD ARIZONA, LLC, a Nevada limited liability company,<br><br>                            Debtors. | Case No.: 2:10-bk-19762-RN<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974RN, 2:10-19975-RN, 2:10-19976-RN, 2:1019977-RN and 2:10-19978-RN)<br><br>**NOTICE OF HEARING ON MADISON CAPITAL FUNDING LLC'S <u>EMERGENCY</u> MOTIONS FOR ORDERS DISMISSING THE CHAPTER 11 BANKRUPTCY CASES OF (1) HOME CLOSETS, INC.; (2) CBD FRANCHISING, INC.; (3) CLOSETS BY DESIGN, INC.; (4) CLOSET WORLD, INC.; (5) CLOSET DIMENSIONS, INC.; (6) CBD LAS VEGAS, LLC; AND (7) CLOSET WORLD ARIZONA, LLC** |
| Affects All Debtors: ☐<br>Affects Home Organizers Inc. only: ☐<br>Affects Home Closets, Inc. only: ☒<br>Affects CBD Franchising, Inc. only: ☒<br>Affects Closets By Design, Inc. only: ☒<br>Affects Closet World, Inc. only: ☒<br>Affects Closet Dimensions, Inc. only: ☒<br>Affects CBD Las Vegas LLC only: ☒<br>Affects Closet World Arizona LLC only: ☒ | **Date**     **March 23, 2010**<br>**Time:**    **10:00 am**<br>**Ctrm:**    **1568** |

**PLEASE TAKE NOTICE** that on March 22, 2010, the above-referenced Court granted Madison Capital Funding LLC's seven <u>Emergency</u> Motions for Orders Dismissing the Chapter 11 Bankruptcy Cases of (1) Home Closets, Inc.; (2) CBD Franchising, Inc.; (3) Closets By Design, Inc.; (4) Closet World, Inc.; (5) Closet Dimensions, Inc.; (6) CBD Las Vegas, LLC; and (7) Closet World Arizona, LLC (the "Dismissal Motions").  The Moving Papers for the Dismissal Motions have been filed and served on all appropriate parties, including personal delivery to Debtor's counsel on March 19, 2010, and the United States Trustee via U.S. mail on that date as well.

**PLEASE TAKE FURTHER NOTICE** that, the hearing on the Dismissal Motions will take place on **March 23, 2010 at 10:00 a.m. in Courtroom 1568, located at 255 E. Temple Street, Los Angeles, CA 90012**, in front of the Honorable Ernest Robles, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that, any opposition to the Dismissal Motions must be filed with the Court, a file-stamped copy delivered to the Judge's chambers, and served upon counsel for Madison Capital Funding LLC no later than 9:00 a.m. on Tuesday, March 23, 2010.

Dated:   March 22, 2010                    LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.


                                           By: ___/s/ *Beth Ann R. Young* _____
                                                  DAVID L. NEALE
                                                  BETH ANN R. YOUNG
                                           Attorneys for Madison Capital Funding LLC

| In re:<br>Home Organizers, Inc. (Lead Case),<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:10-bk-19762-RN (Lead Case Number) |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **NOTICE OF HEARING ON MADISON CAPITAL FUNDING LLC'S EMERGENCY MOTIONS FOR ORDERS DISMISSING THE CHAPTER 11 BANKRUPTCY CASES OF (1) HOME CLOSETS, INC.; (2) CBD FRANCHISING, INC.; (3) CLOSETS BY DESIGN, INC.; (4) CLOSET WORLD, INC.; (5) CLOSET DIMENSIONS, INC.; (6) CBD LAS VEGAS, LLC; AND (7) CLOSET WORLD ARIZONA, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 22, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Julian I Gurule    jgurule@pwkllp.com
- David L. Neale    dln@lnbrb.com
- Christopher S Reeder    creeder@reederlugreen.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Beth Ann R Young    bry@lnbrb.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 22, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Judge's Courtesy Copy (By Attorney Service)
Hon. Richard M. Neiter
U.S. Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

Judge's Courtesy Copy (By Attorney Service)
Hon. Barry Russell
U.S. Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

By Facsimile (213) 894-2603 and via E-mail (Service Provided by Attorney Beth Ann R. Young)
Russell Clementson
Office of the United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017
'russell.clementson@usdoj.gov'

Debtor's Counsel served via E-mail (Service Provided by Attorney Beth Ann R. Young)
David B. Shemano, Esq.
Scott F. Gautier, Esq.
'sgautier@pwkllp.com'; 'dshemano@pwkllp.com'

Counsel for SKM Entitites served via E-mail (Service Provided by Attorney Beth Ann R. Young)
Michael Tuchin, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-5061
mtuchin@ktbslaw.com

Served via E-mail (Service Provided by Attorney Beth Ann R. Young)
Christopher S Reeder
Reeder Lu & Green LLP
2121 Ave of the Stars STe 950
Los Angeles, CA 90067
creeder@reederlugreen.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2010    **F 9013-3.1**

| In re:<br>Home Organizers, Inc. (Lead Case),<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:10-bk-19762-RN (Lead Case Number) |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 22, 2010 | Lourdes Cruz | */s/ Lourdes Cruz* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2010*

**F 9013-3.1**

| In re: Home Organizers, Inc., a Delaware corporation | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER  2:10-bk-19762-RN |

**In re Home Organizers, Inc., a Delaware corporation – Case No.:  2:10-19762-RN
Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN,
2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN**

**20 Largest Unsecured Creditors (by Overnight Mail)**

| | | |
|---|---|---|
| M&I Equipment Finance Co<br>250 East Wisconson Avenue<br>Suite 1400<br>Milwaukee, WI 53202-4219 | Cypress Insurance Company<br>PO Box 881236<br>San Francisco, CA 94188 | Redwood Fire and Cas Ins Co<br>751 Daily Drive Ste 230<br>Camarillo, CA 93010 |
| City of Palm Springs<br>Business License<br>PO Box 2743<br>Palm Springs, CA 92263 | Prudential Overall Supply<br>PO Box 11210<br>Santa Ana, CA 92711-1210 | Colorado Muffler & Auto Repair<br>2155 East Colorado Blvd<br>Unit 7<br>Pasadena, CA 91107 |
| Oil Changer Inc.<br>4511 Willow Rd<br>Suite 1<br>Pleasanton, CA 94588 | Airgas NCN<br>PO Box 7425<br>Pasadena, CA 91109-7425 | Action Marketing LLC<br>5301 Beethoven St<br>Suite 295<br>Los Angeles, CA 90066 |
| Berry Network<br>PO Box 71090<br>Cincinnati, OH 45271-0909 | Dynamic Courier Service Inc.<br>635 W Colorado St<br>Suite 201<br>Glendale, CA 91204 | Verizon California<br>PO Box 9650<br>Mission Hills, CA 91346 |
| First Communications LLC<br>PO Box 89406<br>Cleveland, OH 44101-6406 | Print on All<br>6612 San Fernando Rd<br>Glendale, CA 91201 | Val-Pak Direct Marketing<br>PO Box 945889<br>Atlanta, GA 30394-5889 |
| City of Industry<br>PO Box 3366<br>City of Industry, CA 91744 | First Choice Services<br>7373 Flores St<br>Downey, CA 90242-0211 | Google, Inc.<br>Dept 33654<br>PO Box 39000<br>San Francisco, CA 94139 |
| PG Telecom Holdings Inc.<br>30251 Golden Lantern<br>Suite E PMB 508<br>Laguna Niguel, CA 92677 | Softline Solutions LLC<br>3917 Fountain Ave<br>Los Angeles, CA 90029 | Valassis Direct Mail Inc.<br>File 70179<br>Los Angeles, CA 90074-0179 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                               **F 9013-3.1**

| In re: Home Organizers, Inc., a Delaware corporation | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:10-bk-19762-RN |

Deluxe Business Forms
PO Box 742572
Cincinnati, OH 45274-2572

General Treasurer of Rh. Island
233 Richmond St Ste Unit 232
Providence, RI 02903

Law Office of Don M. Drysdale
3501 Jamboree Road Suite 6000
Newport Beach, CA 92660-2960

Meyer & Son
4019 Medford Street
Los Angeles, CA 90063

Money Mailer
12131 Western Ave
Garden Grove, CA 92841

Minnesota State Treasurer
85 7th Place East Suite 500
Saint Paul, MN 55101

Prestige Property Services Inc.
PO Box 53275
Irvine, CA 92619-3275

Sir Speedy Printing
7240 Greenleaf Ave
Whittier, CA 90602

State of Illinois
500 S 2nd St
Springfield, IL 62701

MatchPoint Network107 Woodbine
Downs Blvd Suite Unit 12
Toronto, ON M9W6Y1

Q-Ponz
125 Nashdene Rd Unit 1
Scarborough, ON M1V 2W3

American Renolit Corporation
PO Box 5805
Carol Stream, IL 60197-5805

Contractors Wardrobe
26121 Avenue Hall
Valencia, CA 91355

D.H. Maintenance Services
Attn George Wallis
2320 Back Nine Street
Oceanside, CA 92056-1701

Day & Nite Forklift Co.
12135 Clarke St
Santa Fe Springs, CA 90670

Hafele America, Co.
PO Box 75352
Charlotte, NC 28275

Los Angeles County Tax
PO Box 54018
Los Angeles, CA 90054-0018

Louis and Company
P O Box 2253
Brea, CA 92822-2253

Penny Saver
Dept 6082
Los Angeles, CA 90088-6082

Stiles Machinery, Inc.
NW 6027
PO Box 1450
Minneapolis, MN 55485-6027

ADP, Inc.
PO Box 0500
Carol Stream, IL 60132-0500

American Guard Services, Inc.
PO Box 80026
City Of Industry, CA 91716

Calsak Plastics
15325 Fairfield Ranch Road,
Suite 150
Chino Hills, CA 91709

T-Mobile
PO Box 51843
Los Angeles, CA 90051-6143

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                           **F 9013-3.1**

| In re: Home Organizers, Inc., a Delaware corporation | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:10-bk-19762-RN |

Roly's Trucking
13645 Live Oak Lane
Irwindale, CA 91706

Standard Saw Works, Inc.
181 10th Street
Oakland, CA 94607

Town & Country
2570 San Ramon Valley Blvd
Suite A102
San Ramon, CA 94583

Tom Unthank
2807 Purissima Creek Rd
Half Moon Bay, CA 94019

City of Belmont
PO Box 9003
Redwood City, CA 94065-9003

Enterprise Rent a Car Oakland
PO Box 402383
Atlanta, GA 30384-2383

CAMS
5165 Rousso Rd Ste E
Las Vegas, NV 89118

Orleans Hotel & Casino
4500 West Tropicana Ave
Las Vegas, NV 89103

CenturyLink
PO Box 660068
Dallas, TX 75266-0068

First Choice
580 West Cheyenne Ave Unit 90
North Las Vegas, NV 89030

Fleetwash, Inc.
PO Box 36014
Newark, NJ 07188-6014

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                        **F 9013-3.1**