David B. Shemano (State Bar No. 176020)
*dshemano@pwkllp.com*
Scott F. Gautier (State Bar No. 211742)
*sgautier@pwkllp.com*
Monsi Morales (State Bar No. 235520)
*mmorales@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-3100 / Facsimile: (310) 552-3101

Proposed Counsel to the Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>HOME ORGANIZERS, INC., a Delaware corporation, HOME CLOSETS, INC., a California corporation, CBD FRANCHISING, INC., a California corporation, CLOSETS BY DESIGN, INC., a California corporation, CLOSET WORLD, INC., a Delaware corporation, CLOSET DIMENSIONS, INC., a California corporation, CBD LAS VEGAS LLC, a Nevada limited liability company, and CLOSET WORLD ARIZONA, LLC, a Nevada limited liability company,<br><br>                    Debtors. | Case No.: 2:10-bk-19762-RN<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN)<br><br>**NOTICE OF CONTINUED HEARING ON: (A) THE DEBTORS' EMERGENCY MOTION FOR AN ORDER AUTHORIZING THE USE OF CASH COLLATERAL; (B) THE DEBTORS' EMERGENCY MOTION FOR (1) ORDER DETERMINING THAT CREDITOR'S EXERCISE OF VOTING RIGHTS VIOLATES AUTOMATIC STAY, AND (2) TRO AND INJUNCTION ENJOINING CREDITOR FROM EXERCISING VOTING RIGHTS; (C) MADISON CAPITAL FUNDING LLC'S MOTIONS TO DISMISS CASES; AND (D) MADISON CAPITAL FUNDING LLC'S MOTION FOR RELIEF FROM STAY** |
| **Check One or More as Appropriate:**<br><br>Affects All Debtors: ☒<br>Affects Home Organizers Inc. only: ☐<br>Affects Home Closets, Inc. only: ☐<br>Affects CBD Franchising, Inc. only: ☐<br>Affects Closets By Design, Inc. only: ☐<br>Affects Closet World, Inc. only: ☐<br>Affects Closet Dimensions, Inc. only: ☐<br>Affects CBD Las Vegas LLC only: ☐<br>Affects Closet World Arizona LLC only: ☐ | Continued Hearing Date:<br><br>Date: April 7, 2010<br>Time: 2:00 p.m.<br>Place: Courtroom 1645<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

1

**TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE ALLEGEDLY SECURED LENDER, THE DEBTORS' TWENTY LARGEST UNSECURED CREDITORS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a continued hearing on the:

(A) Emergency Motion Of Debtors For Order Authorizing And Approving Use Of Cash Collateral On An Interim Basis And Granting Replacement Liens;

(B) Emergency Motion For (1) Order Determining That Creditor's Exercise Of Voting Rights Under Stock Pledge Agreement To Replace Debtor's Board Of Directors Violates The Automatic Stay, And (2) Temporary Restraining Order And Preliminary And Permanent Injunctions Enjoining Madison Capital Funding LLC From Exercising Voting Rights Under Stock Pledge Agreement;

(C) Emergency Motions By Madison Capital Funding LLC For Order Dismissing Chapter 11 Bankruptcy Case; and

(D) Madison Capital Funding LLC's Motion For Relief From The Automatic Stay Under 11 U.S.C. 362 (Personal Property)

will be held on **April 7, 2010 at 10:00 a.m.**, or as soon thereafter as the matters can be heard, before the Honorable Richard M. Neiter, United States Bankruptcy Judge, in Courtroom 1645, located at 255 East Temple Street, Los Angeles, California.

Dated: March 25, 2010              PEITZMAN, WEG & KEMPINSKY LLP

By: /s/ Monsi Morales
    Monsi Morales
    David B. Shemano
Proposed Counsel for the Debtors and Debtors in Possession

| | |
|---|---|
| In re: HOME ORGANIZERS, INC., a Delaware corporation, HOME CLOSETS, INC., a California corporation, CBD FRANCHISING, INC., a California corporation, CLOSETS BY DESIGN, INC., a California corporation, CLOSET WORLD, INC., a Delaware corporation, CLOSET DIMENSIONS, INC., a California corporation, CBD LAS VEGAS LLC, a Nevada limited liability company, and CLOSET WORLD ARIZONA, LLC, a Nevada limited liability company,<br><br>Debtor(s). | Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN) |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Peitzman, Weg & Kempinsky, LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067

The foregoing document described **NOTICE OF CONTINUED HEARING ON: (A) THE DEBTORS' EMERGENCY MOTION FOR AN ORDER AUTHORIZING THE USE OF CASH COLLATERAL; (B) THE DEBTORS' EMERGENCY MOTION FOR (1) ORDER DETERMINING THAT CREDITOR'S EXERCISE OF VOTING RIGHTS VIOLATES AUTOMATIC STAY, AND (2) TRO AND INJUNCTION ENJOINING CREDITOR FROM EXERCISING VOTING RIGHTS; (C) MADISON CAPITAL FUNDING LLC'S MOTIONS TO DISMISS CASES; AND (D) MADISON CAPITAL FUNDING LLC'S MOTION FOR RELIEF FROM STAY**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 25, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   Russell Clementson    russell.clementson@usdoj.gov
   Scott F Gautier    sgautier@pwkllp.com
   Julian I Gurule    jgurule@pwkllp.com, jkeith@pwkllp.com
   Monserrat Morales    mmorales@pwkllp.com
   David L. Neale    dln@lnbrb.com
   Christopher S Reeder    creeder@reederlugreen.com
   David B Shemano    dshemano@pwkllp.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   Beth Ann R Young    bry@lnbrb.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 25, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                    **F 9021-1.1**

| | |
|---|---|
| In re: HOME ORGANIZERS, INC., a Delaware corporation, HOME CLOSETS, INC., a California corporation, CBD FRANCHISING, INC., a California corporation, CLOSETS BY DESIGN, INC., a California corporation, CLOSET WORLD, INC., a Delaware corporation, CLOSET DIMENSIONS, INC., a California corporation, CBD LAS VEGAS LLC, a Nevada limited liability company, and CLOSET WORLD ARIZONA, LLC, a Nevada limited liability company,<br><br>Debtor(s). | Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN) |

**Served by U.S. Mail:**

Honorable Richard M. Neiter
United States Bankruptcy Court – Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 25, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Counsel for Madison Capital Funding LLP:
Randall L. Klein, Esq.
randall.klein@goldbergkohn.com
Erin Casey, Esq.
erin.casey@goldbergkohn.com

Counsel for Tony Natale
Kimberly Winick
kwinick@clarktrev.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 25, 2010** | **Matthew M. Dryer** | /s/ Matthew M. Dryer |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 9021-1.1**

| In re: HOME ORGANIZERS, INC., a Delaware corporation, HOME CLOSETS, INC., a California corporation, CBD FRANCHISING, INC., a California corporation, CLOSETS BY DESIGN, INC., a California corporation, CLOSET WORLD, INC., a Delaware corporation, CLOSET DIMENSIONS, INC., a California corporation, CBD LAS VEGAS LLC, a Nevada limited liability company, and CLOSET WORLD ARIZONA, LLC, a Nevada limited liability company, | Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN) |
|---|---|
| Debtor(s). | |

**In re Home Organizers, Inc., a Delaware corporation – Case No.: 2:10-19762-RN**
**Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN,**
**2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN**

**20 Largest Unsecured Creditors (by U.S. Mail)**

M&I Equipment Finance Co
250 East Wisconson Avenue
Suite 1400
Milwaukee, WI 53202-4219

Cypress Insurance Company
PO Box 881236
San Francisco, CA 94188

Redwood Fire and Cas Ins Co
751 Daily Drive Ste 230
Camarillo, CA 93010

City of Palm Springs
Business License
PO Box 2743
Palm Springs, CA 92263

Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711-1210

Colorado Muffler & Auto Repair
2155 East Colorado Blvd
Unit 7
Pasadena, CA 91107

Oil Changer Inc.
4511 Willow Rd
Suite 1
Pleasanton, CA 94588

Airgas NCN
PO Box 7425
Pasadena, CA 91109-7425

Action Marketing LLC
5301 Beethoven St
Suite 295
Los Angeles, CA 90066

Berry Network
PO Box 71090
Cincinnati, OH 45271-0909

Dynamic Courier Service Inc.
635 W Colorado St
Suite 201
Glendale, CA 91204

Verizon California
PO Box 9650
Mission Hills, CA 91346

First Communications LLC
PO Box 89406
Cleveland, OH 44101-6406

Print on All
6612 San Fernando Rd
Glendale, CA 91201

Val-Pak Direct Marketing
PO Box 945889
Atlanta, GA 30394-5889

City of Industry
PO Box 3366
City of Industry, CA 91744

First Choice Services
7373 Flores St
Downey, CA 90242-0211

Google, Inc.
Dept 33654
PO Box 39000
San Francisco, CA 94139

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9021-1.1**

| In re: HOME ORGANIZERS, INC., a Delaware corporation, HOME CLOSETS, INC., a California corporation, CBD FRANCHISING, INC., a California corporation, CLOSETS BY DESIGN, INC., a California corporation, CLOSET WORLD, INC., a Delaware corporation, CLOSET DIMENSIONS, INC., a California corporation, CBD LAS VEGAS LLC, a Nevada limited liability company, and CLOSET WORLD ARIZONA, LLC, a Nevada limited liability company,<br><br>Debtor(s). | Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN) |
|---|---|

PG Telecom Holdings Inc.
30251 Golden Lantern
Suite E PMB 508
Laguna Niguel, CA 92677

Softline Soluctions LLC
3917 Fountain Ave
Los Angeles, CA 90029

Valassis Direct Mail Inc.
File 70179
Los Angeles, CA 90074-0179

Deluxe Business Forms
PO Box 742572
Cincinnati, OH 45274-2572

General Treasurer of Rh. Island
233 Richmond St Ste Unit 232
Providence, RI 02903

Law Office of Don M. Drysdale
3501 Jamboree Road Suite 6000
Newport Beach, CA 92660-2960

Meyer & Son
4019 Medford Street
Los Angeles, CA 90063

Money Mailer
12131 Western Ave
Garden Grove, CA 92841

Minnesota State Treasurer
85 7th Place East Suite 500
Saint Paul, MN 55101

Prestige Property Services Inc.
PO Box 53275
Irvine, CA 92619-3275

Sir Speedy Printing
7240 Greenleaf Ave
Whittier, CA 90602

State of Illinois
500 S 2nd St
Springfield, IL 62701

MatchPoint Network107 Woodbine
Downs Blvd Suite Unit 12
Toronto, ON M9W6Y1

Q-Ponz
125 Nashdene Rd Unit 1
Scarborough, ON M1V 2W3

American Renolit Corporation
PO Box 5805
Carol Stream, IL 60197-5805

Contractors Wardrobe
26121 Avenue Hall
Valencia, CA 91355

D.H. Maintenance Services
Attn George Wallis
2320 Back Nine Street
Oceanside, CA 92056-1701

Day & Nite Forklift Co.
12135 Clarke St
Santa Fe Springs, CA 90670

Hafele America, Co.
PO Box 75352
Charlotte, NC 28275

Los Angeles County Tax
PO Box 54018
Los Angeles, CA 90054-0018

Louis and Company
P O Box 2253
Brea, CA 92822-2253

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                     **F 9021-1.1**

| In re: HOME ORGANIZERS, INC., a Delaware corporation, HOME CLOSETS, INC., a California corporation, CBD FRANCHISING, INC., a California corporation, CLOSETS BY DESIGN, INC., a California corporation, CLOSET WORLD, INC., a Delaware corporation, CLOSET DIMENSIONS, INC., a California corporation, CBD LAS VEGAS LLC, a Nevada limited liability company, and CLOSET WORLD ARIZONA, LLC, a Nevada limited liability company,<br><br>Debtor(s). | Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN) |
|---|---|

Penny Saver
Dept 6082
Los Angeles, CA 90088-6082

Stiles Machinery, Inc.
NW 6027
PO Box 1450
Minneapolis, MN 55485-6027

ADP, Inc.
PO Box 0500
Carol Stream, IL 60132-0500

American Guard Services, Inc.
PO Box 80026
City Of Industry, CA 91716

Calsak Plastics
15325 Fairfield Ranch Road,
Suite 150
Chino Hills, CA 91709

T-Mobile
PO Box 51843
Los Angeles, CA 90051-6143

Roly's Trucking
13645 Live Oak Lane
Irwindale, CA 91706

Standard Saw Works, Inc.
181 10th Street
Oakland, CA 94607

Town & Country
2570 San Ramon Valley Blvd
Suite A102
San Ramon, CA 94583

Tom Unthank
2807 Purissima Creek Rd
Half Moon Bay, CA 94019

City of Belmont
PO Box 9003
Redwood City, CA 94065-9003

Enterprise Rent a Car Oakland
PO Box 402383
Atlanta, GA 30384-2383

CAMS
5165 Rousso Rd Ste E
Las Vegas, NV 89118

Orleans Hotel & Casino
4500 West Tropicana Ave
Las Vegas, NV 89103

CenturyLink
PO Box 660068
Dallas, TX 75266-0068

First Choice
580 West Cheyenne Ave Unit 90
North Las Vegas, NV 89030

Fleetwash, Inc.
PO Box 36014
Newark, NJ 07188-6014

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**