| In re: Home Organizers, Inc., a Delaware corporation<br><br>Debtor(s). | Chapter 11<br>(Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN)<br><br>**FILED & ENTERED**<br>**MAR 26 2010**<br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez DEPUTY CLERK** |
|---|---|

David B. Shemano (State Bar No. 176020)
*dshemano@pwkllp.com*
Scott F. Gautier (State Bar No. 211742)
*sgautier@pwkllp.com*
Monsi Morales (State Bar No. 235520)
*mmorales@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile:  (310) 552-3101

Proposed Counsel to the Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In re:<br><br>HOME ORGANIZERS, INC., a Delaware corporation, HOME CLOSETS, INC., a California corporation, CBD FRANCHISING, INC., a California corporation, CLOSETS BY DESIGN, INC., a California corporation, CLOSET WORLD, INC., a Delaware corporation, CLOSET DIMENSIONS, INC., a California corporation, CBD LAS VEGAS LLC, a Nevada limited liability company, and CLOSET WORLD ARIZONA, LLC, a Nevada limited liability company,<br><br>                               Debtors.<br>**Check One or More as Appropriate:** | Case No.: 2:10-bk-19762-RN<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN)<br><br>**ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL ON AN INTERIM BASIS AND GRANTING REPLACEMENT LIENS**<br><br>Hearing: |
|---|---|
| Affects All Debtors: ☒<br>Affects Home Organizers Inc. only: ☐<br>Affects Home Closets, Inc. only: ☐<br>Affects CBD Franchising, Inc. only: ☐<br>Affects Closets By Design, Inc. only: ☐<br>Affects Closet World, Inc. only: ☐<br>Affects Closet Dimensions, Inc. only: ☐<br>Affects CBD Las Vegas LLC only: ☐<br>Affects Closet World Arizona LLC only: ☐ | Date:  March 25, 2010<br>Time:  10:00 a.m.<br>Place:  Courtroom 1568<br>             255 E. Temple Street<br>             Los Angeles, CA 90012 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                            **F 9013-3.1**

| In re: Home Organizers, Inc., a Delaware corporation | Chapter 11 |
|---|---|
| Debtor(s). | (Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN) |

The Emergency Motion Of Debtors For Order Authorizing And Approving Use Of Cash Collateral, And Granting Replacement Liens (the "Motion"), filed by the above-captioned debtors (the "Debtors"), came on for a continued hearing before the Honorable Ernest M. Robles, United States Bankruptcy Judge, on March 25, 2010, at 10:00 a.m. (the "Hearing"). Appearances were made as reflected in the Bankruptcy Court's record. Capitalized terms used herein shall have the meaning ascribed to them in the Motion, unless otherwise defined.

After consideration of the Motion and accompanying supporting papers, the arguments of counsel, the files and records in these jointly-administered chapter 11 cases (together, the "Cases"), and sufficient cause appearing, it is hereby

**ORDERED THAT**:

A.  Pursuant to section 363 of the Bankruptcy Code, subject to the terms of this Order, the Debtors are authorized to use property that constitutes cash collateral as defined in section 363(a) of the Bankruptcy Code ("Cash Collateral") through and including April 7, 2010.

B.  The Debtors are authorized to use the Cash Collateral in accordance with the budget (the "Budget") attached to the Motion; *provided, however*, that the Debtors shall be deemed to be in compliance with the Budget as long as, for any particular operating month, (1) the aggregate expenditures for all categories set forth in the Budget do not exceed the budgeted aggregate expenses by more than 15% and (2) the expenditures with respect to any particular category of expense set forth in the Budget does not exceed the amount set forth in the Budget for such category by more than 20%.

C.  As adequate protection for the Debtors' use of cash collateral, to the extent that there is any diminution in the value of the Secured Lender's interest in any collateral, the Secured Lender shall have a replacement first priority lien on and security interest in, to

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: Home Organizers, Inc., a Delaware corporation | | Chapter 11 |
|---|---|---|
| | Debtor(s). | (Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN) |

        the extent of any such diminution, all postpetition property of the Estates[1] to secure the prepetition claim of the Secured Lender against the Debtors (the "Replacement Lien").

D.      The granting of the Replacement Lien is without prejudice to the rights, if any, of the Debtors or any other party in interest to (1) object to or seek to avoid, at any time, the prepetition claims, liens and security interests, if any, of the Secured Lender, (2) seek to subordinate the Replacement Lien to any other liens, interests or claims that the Bankruptcy Court may authorize under any section of the Bankruptcy Code, or (3) seek to modify or expunge the Replacement Lien.

E.      As additional adequate protection, the Debtors shall provide the Secured Lender with such reports and information as the Secured Lender may reasonably request and shall, upon reasonable notice, and subject to applicable privileges, permit the Secured Lender to make copies of all records pertaining to the Debtors, or in the custody or control of the Debtors.

F.      To the extent that the adequate protection provided pursuant to this Order does not provide adequate protection of the Secured Lender's asserted liens and security interests, the Secured Lender shall have a superpriority claim in accordance with section 507(b) of the Bankruptcy Code.

G.      Nothing herein shall preclude the Secured Lender from making any appropriate request of the Bankruptcy Court for relief, including requests for additional adequate protection or relief from the automatic stay.

---

[1] The Court is not addressing any issues relating to "Avoidance Actions" in this Order.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                               **F 9013-3.1**

| | |
|---|---|
| In re: Home Organizers, Inc., a Delaware corporation<br><br>Debtor(s). | Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN) |

H.     This Order is an interim order pursuant to Rule 4001(b)(2) of the Federal Rules of Bankruptcy Procedure. A further preliminary hearing on the Motion shall be held on April 7, 2010, at 2:00 p.m.

I.     This Order shall be effective immediately

### ###

DATED: March 26, 2010

_____
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| | |
|---|---|
| In re: Home Organizers, Inc., a Delaware corporation<br><br>Debtor(s). | Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN) |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Peitzman, Weg & Kempinsky, LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA  90067

The foregoing document described **ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL ON AN INTERIM BASIS AND GRANTING REPLACEMENT LIENS**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 25, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Served by Overnight Mail**
Honorable Richard M. Neiter
United States Bankruptcy Court – Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

| In re: Home Organizers, Inc., a Delaware corporation | Chapter 11 |
|---|---|
| Debtor(s). | (Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN) |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 25, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Office of the U.S. Trustee
Russell Clementson
russell.clementson@usdoj.gov

Counsel for Madison Capital Funding LLP:
David L. Neale, Esq.
dln@lnbrb.com
Beth Young, Esq.
bry@lnbrb.com

Counsel for Madison Capital Funding LLP:
Randall L. Klein, Esq.
randall.klein@goldbergkohn.com
Erin Casey, Esq.
erin.casey@goldbergkohn.com

Counsel for California Bank & Trust
Alex H. Fukui, Esq.
alex.fukui@calbt.com

Counsel for Tony Natale
Kimberly Winick
kwinick@clarktrev.com

Christopher Reeder
creeder@reederlugreen.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 25, 2010** | **Matthew M. Dryer** | **/s/ Matthew M. Dryer** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| | |
|---|---|
| In re: Home Organizers, Inc., a Delaware corporation<br><br>Debtor(s). | Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN) |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING USE OF CASH COLLATERAL ON AN INTERIM BASIS AND GRANTING REPLACEMENT LIENS**, was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 25, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Russell Clementson    russell.clementson@usdoj.gov
- Scott F Gautier    sgautier@pwkllp.com
- Julian I Gurule    jgurule@pwkllp.com, jkeith@pwkllp.com
- Monserrat Morales    mmorales@pwkllp.com
- David L. Neale    dln@lnbrb.com
- Christopher S Reeder    creeder@reederlugreen.com
- David B Shemano    dshemano@pwkllp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Beth Ann R Young    bry@lnbrb.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| | |
|---|---|
| In re: Home Organizers, Inc., a Delaware corporation<br><br>Debtor(s). | Chapter 11<br><br>(Jointly Administered with Case Nos.: 2:10-19972-RN, 2:10-19973-RN, 2:10-19974-RN, 2:10-19975-RN, 2:10-19976-RN, 2:10-19977-RN and 2:10-19978-RN) |

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Counsel for Madison Capital Funding LLP:
Randall L. Klein, Esq.
randall.klein@goldbergkohn.com
Erin Casey, Esq.
erin.casey@goldbergkohn.com

Counsel for California Bank & Trust
Alex H. Fukui, Esq.
alex.fukui@calbt.com

Counsel for Tony Natale
Kimberly Winick
kwinick@clarktrev.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**